DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
Tel.  (916) 447-8600
Fax  (916) 930-6482
E-mail:  david.fischer@fischerlawoffice.com

Attorney for Defendant
ASHLEY LEYBA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY LEYBA,<br><br>    Defendant. | No. 2:22-CR-0098 WBS<br>     2:17-CR-0051 WBS<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO OCTOBER 24, 2022, AT 9:00 A.M. |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendant, Ashley Leyba, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, Elliot Wong, Assistant U.S. Attorney, that the status conference presently set for August 8, 2022, should be continued to October 24, 2022, and that time under the Speedy Trial Act should be excluded from between those

STIPULATION AND ORDER                                        1

dates under Local Code T4.  Additionally, the parties request that the admit or deny hearing for the supervised release violation petition be continued to the same date.

The parties agree and stipulate, and request the Court find that the government has produced the first batch of discovery in this case so far consists of certain investigative reports, criminal history information, and other materials.

The continuance is necessary to allow the defendant to review discovery, conduct investigation, prepare for trial, and ensure continuity of counsel.  Accordingly, the time between August 8, 2022, and October 24, 2022, inclusive, should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Dated:  August 3, 2022 　　　　　　　　　　　　　　PHILLIP TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　　US ATTORNEY

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Elliot Wong
　　　　　　　　　　　　　　　　　　　　　　　　　　ELLIOT WONG
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  August 3, 2022                              /s/  David D. Fischer
                                                    DAVID D. FISCHER
                                                    Attorney for Defendant
                                                    ASHLEY LEYBA

**FINDINGS AND ORDER**

The Court has read and considered the Stipulation and continues the Status Conference to October 24, 2022 at 9:00 a.m. in case 2:22cr0098-WBS, and Excludes Time Under the Speedy Trial Act as requested by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.  The Admit/Deny Hearing in case 2:17cr0051-WBS is further continued to October 24, 2022 at 9:00 a.m

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.

IT IS SO FOUND AND ORDERED.

Dated:  August 3, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE