PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>ASHLEY LEYBA,<br><br>              Defendant. | CASE NO. 2:22-CR-00098-WBS;<br>              2:17-CR-00051-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 24, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Ashley Leyba, by and through her counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a status hearing in case 2:22cr0098-WBS and an Admit/Deny Hearing in 2:17cr0051-WBS on October 24, 2022.

2.     By this stipulation, the defendant now moves to continue the hearings until November 21, 202, and to exclude time between October 24, 2022, and November 21, 202 at 9:00 a.m., under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     To date, the government has produced over 2,800 pages of documents in discovery associated with this case. Counsel for the defendant desires additional time to review and analyze this discovery, discuss proposed resolutions with his client, explore potential defenses, and otherwise prepare for trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

    b)  Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c)  The government does not object to the continuance.

    d)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 24, 2022, to November 21, 202, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 19, 2022        PHILLIP A. TALBERT
                    United States Attorney

                    /s/ ELLIOT C. WONG
                    ELLIOT C. WONG
                    Assistant United States Attorney

Dated:  October 19, 2022        /s/ DAVID FISCHER
                    DAVID FISCHER
                    Counsel for Defendant
                    ASHLEY LEYBA

### ORDER

IT IS SO FOUND AND ORDERED.

Dated:  October 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE