PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00098-WBS; |
|---|---|
| Plaintiff, | 2:17-CR-00051-WBS |
| v. | STIPULATION REGARDING CONTINUANCE OF SENTENCING AND DISPOSITION HEARING; ORDER |
| ASHLEY LEYBA, | |
| Defendant. | DATE: August 28, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Ashley Leyba, by and through her counsel of record, hereby stipulate as follows:

1. On November 21, 2022, Defendant pleaded guilty in case no. 2:22-CR-00098-WBS and entered an admission in case no. 2:17-CR-00051-WBS.

2. By previous order, this matter was set for a sentencing and disposition hearing on August 28, 2023.

3. By this stipulation, the parties now move to continue the sentencing and disposition hearing until October 2, 2023.

4. The parties further agree and stipulate to the following:

   a) August 22, 2023: Draft PSR

   b) September 5, 2023: Informal objections

   c) September 11, 2023: Final PSR

STIPULATION REGARDING SENTENCING/DISPOSITION    1

   d)  September 18, 2023: Corrections

   e)  September 25, 2023: Replies

   f)  **October 2, 2023 at 9:00 a.m.: Sentencing in 2:22cr98-WBS and the Disposition Hearing in 2:17cr51-WBS.**

IT IS SO STIPULATED.

Dated:  August 9, 2023         PHILLIP A. TALBERT
                  United States Attorney

                  /s/ ELLIOT C. WONG
                  ELLIOT C. WONG
                  Assistant United States Attorney

Dated:  August 9, 2023         /s/ DAVID FISCHER
                  DAVID FISCHER
                  Counsel for Defendant
                  ASHLEY LEYBA

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 9, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE