DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
Tel.  (916) 447-8600
Fax  (916) 930-6482
E-mail:  david.fischer@fischerlawoffice.com

Attorney for Defendant
ASHLEY LEYBA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY LEYBA,<br><br>Defendant. | No. 2:22-CR-0098 WBS<br>        2:17-CR-0051 WBS<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING AND DISPOSITION HEARINGS; ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Ashley Leyba, by and through her counsel of record, hereby stipulate as follows:

1. On November 21, 2022, Defendant pleaded guilty in case no. 2:22-CR-00098-WBS and entered an admission in case no. 2:17-CR-00051-WBS.

STIPULATION AND ORDER                               1

2. By previous order, this matter was set for a sentencing and disposition hearing on October 2, 2023.

3. By this stipulation, the parties now move to continue the Sentencing in case 2:22-CR-00098-WBS and the Disposition Hearing in case 2:17-CR-00051-WBS until **October 30, 2023 at 9:00 a.m.**

IT IS SO STIPULATED

Dated: September 27, 2023
PHILLIP TALBERT
US ATTORNEY

/s/ Elliot Wong
ELLIOT WONG
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: September 27, 2023
/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
ASHLEY LEYBA

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE