UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ASHLEY LEYBA,<br><br>        Defendant. | No. 2:22-cr-98 WBS<br><br><br>ORDER |

----oo0oo----

Defendant has filed a motion to vacate her sentence under "18 U.S.C. § 821."[1] (Docket No. 40.) The United States shall file any opposition to defendant's motion no later than sixty (60) days from the date of this order. Defendant may file a reply no later than thirty (30) days from the date of the filing of the United States' opposition. After briefing is complete, the court will take the motion under submission and

---

[1] It appears that defendant intends to request a sentencing reduction under Amendment 821 to the sentencing guidelines, not under "18 U.S.C. § 821," which does not appear to exist in the United States Code.

1

will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: February 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE